# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re    Fairfield Home Health Agency, Inc.                                     Case No.    2:26-bk-50252
                                    Debtor(s)                                    Chapter     7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Dennis Swearingen, declare under penalty of perjury that I am the Chief Human Resource Officer of Fairfield Home Health Agency, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19 day of Jan, 20 25.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dennis Swearingen, Chief Human Resource Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Dennis Swearingen, Chief Human Resource Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Dennis Swearingen, Chief Human Resource Officer of this Corporation is authorized and directed to employ Sean Stone , attorney and the law firm of Tax Workout Group, P.A. to represent the corporation in such bankruptcy case."

Date    January 20, 2026                          Signed    /s/  Dennis Swearingen
                                                            Dennis Swearingen

Resolution of Board of Directors
of
Fairfield Home Health Agency, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Dennis Swearingen, Chief Human Resource Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Dennis Swearingen, Chief Human Resource Officer  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Dennis Swearingen, Chief Human Resource Officer of this Corporation is authorized and directed to employ Sean Stone , attorney and the law firm of Tax Workout Group, P.A. to represent the corporation in such bankruptcy case.

Date    January 20, 2026 _____

Signed     /s/ Dennis Swearingen _____

Date    January 20, 2026 _____

Signed _____